AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Jonathan Childress, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-61151-WPD |
| Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Healthcare Revenue Recovery Group, LLC,
d/b/a ARS Account Resolution Services
1643 North Harrison Parkway
Building H, Suite 100
Sunrise, Florida 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sergei Lemberg, Esq.
LEMBERG LAW, LLC
11555 Heron Bay Boulevard, Suite 200
Coral Springs, FL 33076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 17, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts