UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-61151-WPD

JONATHAN CHILDRESS,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC. dba ARS ACCOUNT
RESOLUTION SERVICES,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Jonathan Childress, and Defendant, Healthcare Revenue Recovery Group, LLC. d/b/a ARS Account Resolution Services, ("the Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-captioned matter.

The parties are in the process of finalizing the terms of settlement and respectfully request that this Court allow sixty (60) days to complete the settlement, during which time Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties anticipate that a joint stipulation to voluntary dismissal with Prejudice will be filed within thirty (30) days.

Dated this **16th of September 2022.**

| | |
|---|---|
| /s/ Sergei Lemberg | /s/ Ernest H. Kohlmyer, III |
| Sergei Lemberg, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No.: 1026228 | Florida Bar No. 110108 |
| slemberg@lemberglaw.com | Skohlmyer@shepardfirm.com |
| Lemberg Law, LLC | Shepard, Smith, Kohlmyer & Hand, P.A. |

| | |
|---|---|
| 11555 Heron Bay Boulevard, Suite 200 | 2300 Maitland Center Parkway, Suite 100 |
| Coral Springs, FL 33076 | Maitland, Florida 32751 |
| Telephone: (203) 653-2250 | Telephone (407) 622-1772 |
| Facsimile: (203) 653-3424 | Facsimile (407) 622-1884 |
| *Counsel for Plaintiff* | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **September 16, 2022**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Sergei Lemberg, Esquire slemberg@lemberglaw.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services*